JAMES BURNETT

v.

JOSEPH VOYER

1811

## JOURNAL ENTRIES

1. Declaration filed; bail bond cancelled; plea;
   issue; continuance . . . . . . . . . *Journal, infra*, *p. 357

## PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . .
2. Appearance bond . . . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . . .